UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TAMMY HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-289-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, and HEALTH HELP, | ) | |
| INC., d/b/a White House Clinics, | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion to Substitute [R. 6] filed by the Defendants. The Defendants move to substitute the United States of America as the sole named defendant in this action. [*Id.*] In support of the motion, the Defendants state that Health Help, Inc., d/b/a White House Clinics, has been deemed a federally funded community health center under the federally supported Health Centers Assistance Act of 1992, and the Federal Tort Claims Act provides that the United States of America is the only proper defendant in a suit alleging negligence by a federal agency. [*Id.*] No objection or other response to the motion has been filed, and the time for doing so has elapsed. *See* LR 7.1(c).

Accordingly, and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1.   The Motion to Substitute [R. 6] is **GRANTED**;

2.   The United States of America is substituted as the party defendant herein for United States of America, Department of Health and Human Services, and Health Help, Inc.,

d/b/a White House Clinics; and

    3.    The caption of this action shall be amended to reflect that the United States of America is the sole defendant.

This the 21st day of December, 2010.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge